[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-14194
Non-Argument Calendar
_____

D.C. Docket No. 3:13-cv-00962-BJD-JBT

EDWARD ABRUSCATO,

Plaintiff - Appellant,

versus

GEICO GENERAL INSURANCE COMPANY,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 20, 2015)

Before TJOFLAT, JULIE CARNES, and FAY, Circuit Judges.

PER CURIAM:

We find no error in the District Court's orders granting Geico General Insurance Company summary judgment, Doc. 126, and denying Edward Abruscato's motion for reconsideration, Doc 133, and therefore, affirm the District Court's judgment for Geico General Insurance Company.

AFFIRMED.